FILED

APR 11 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 25 03265 SVK

Leonid Firsov, minor, by & through his parent & guardian ad litem Sergey Firsov

Plaintiff,

vs.

Church of Scientology et al

Defendant.

CASE NO. _____

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, ___Leonid Firsov, Minor___, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

[Page image is a mirrored/reversed scan; content is the reverse side bleed-through of an Application to Proceed In Forma Pauperis form, case C 25 03265 SVK, Leonid Firsov v. Church of Scientology et al., filed APR 11 2025.]

1   and wages per month which you received.
2   _____
3   _____
4   _____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment?                                    Yes ___ No ✔
   b. Income from stocks, bonds, or royalties?                                    Yes ___ No ✔
   c. Rent payments?                                                              Yes ✔ No ___
   d. Pensions, annuities, or life insurance payments?                            Yes ___ No ✔
   e. Federal or State welfare payments, Social Security or other government source?  Yes ___ No ✔

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

child support $1000 per month
_____

3. Are you married?                                                              Yes ___ No ✔

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support: $ _____
   b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

-2-

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home? Yes ___ No ✔

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ___ No ✔

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✔ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✔ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✔

_____

8. What are your monthly expenses?

Rent: $ 1000_____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

no

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___  No ✔
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  04/10/25                           parent Sergey Firsov
12       DATE                          SIGNATURE OF APPLICANT