Reset Form

**FILED**

APR 11 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leonid Firsov, minor, by & through his parent & guardian ad litem Sergey Firsov | Case No. C 25-CV-03265-SVK |
| Plaintiff(s) | CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |
| v. Church of Scientology et al | |
| Defendant(s). | |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 04/11/25

NAME: Sergey Firsov, as parent of Leonid Firsov

COUNSEL FOR (OR "PRO SE"): PRO SE

_Signature_

[Reset Form]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Leonid Pirsov, minor, by & through his
parent & guardian ad litem Sergey Pirsov

Plaintiff(s)

v.

Church of Scientology et al

Defendant(s)

Case No. C

CONSENT OR DECLINATION
TO MAGISTRATE JUDGE
JURISDICTION

INSTRUCTIONS: Please indicate below by checking of the two boxes whether you are the party (or the party you represent (if you are an attorney in the case)) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment, I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. United States Court of Appeals for the Ninth Circuit.

OR

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 04/11/25

NAME: Sergey Pirsov, as parent of Leonid Piersov

COUNSEL FOR PRO SE
(OR PRO SE)

Signature