


APR 11 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.

1. **Case Name:** Leonid Firsov, minor v. Church of Scientology et al

2. **Case Number:** 25-CV-03265-SVK

3. **What documents were served?** *[Write the full name or title of the document or documents]* Notice of lawsuit, 2 Waiver of service of summons, Standing order, Notice of assigment case, Summons, Complaint, Civil cover sheet, Stamped envelope

4. **How was the document served?** *[check one]*

   - [✓] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   | CHURCH OF SCIENTOLOGY OF SILICON VALLEY | CHURCH OF SCIENTOLOGY MISSION OF SILICON VALLEY |
   |---|---|
   | 1080 LINDA VISTA AVE, | 1140 PEDRO ST, suite 7 |
   | MOUNTAIN VIEW, CA 94043 | SAN JOSE, CA 95126 |

6. **When were the documents sent?** 04/11/2025

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *[signed]*
   Name: Kateryna Pomogaibo
   Address: 333 Escuela ave, apt 229
   Mountain view, CA 94040

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*