# UNITED STATES DISTRICT COURT
## for the

Northern District of California

| | | |
|---|---|---|
| Leonid Firsov, minor | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 25-CV-03265-SVK |
| Church of Scientology et al | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: CHURCH OF SCIENTOLOGY OF SILICON VALLEY

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __04/11/2025__

__Sergey Firsov as parent__
*Signature of the attorney or unrepresented party*

__Leonid Firsov, minor__
*Printed name*
333 Escuela ave, apt 141
Mountain view, CA 94040

_____
*Address*

sfirsov1972@gmail.com
*E-mail address*

650-2106804
*Telephone number*

# UNITED STATES DISTRICT COURT

### for the

### Northern District of California

| | | |
|---|---|---|
| Leonid Firsov, minor | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 25-CV-03265-SVK |
| Church of Scientology et al | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: CHURCH OF SCIENTOLOGY MISSION OF SILICON VALLEY

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: ___04/15/2025___

___Sergey Firsov as parent___
*Signature of the attorney or unrepresented party*

Leonid Firsov, minor
*Printed name*
333 Escuela ave, apt 141
Mountain view, CA 94040

*Address*

sfirsov1972@gmail.com
*E-mail address*

650-2106804
*Telephone number*



# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SANTA CLARA
DOWNTOWN COURTHOUSE
191 NORTH FIRST STREET
SAN JOSÉ, CALIFORNIA 95113
CIVIL DIVISION

**Sergey Firsov**
**333 Escuela Avenue #141**
**Mountain View CA  94040**

RE:         **ESSEX REGENCY ESCUELA LP vs Sergey Firsov**
Case Number:   **25CV463850**

## IMPORTANT NOTICE

An Unlawful Detainer ("Eviction") case has been filed with the court (Summons and Complaint) and you are a party (the Defendant) in the case.  The Plaintiff has filed papers to ask the court to evict you (make you move out).

You must do each of the following to protect your rights: You must create a written response and have someone over 18 (not you) mail a copy of your written response to the plaintiff(s);

1. You must file your written response to the Complaint in the Clerk's Office of the Court, within 10 days of receiving the Summons and complaint (get help right away if you need help calculating this 10 day deadline); and
2. You must attend court on the trial date, if a trial is scheduled.

**WARNING:**  If you do not do these three things, you may lose this case and a Sheriff may come to remove you from the property.

### AVISO DE SALOJO – Para informacion en Espanol, vaya a www.sucorte.ca.gov

For advice or for someone to represent you in court for a fee:  Santa Clara County Bar Association – Lawyer Referral Service (408) 971-6822.  These organizations may be able to give legal information, forms or advice for **free**.

| | | |
|---|---|---|
| Asian Law Alliance | www.asianlawalliance.org | (408) 287-9710 |
| Bay Area Legal Aid (Bay Legal) | www.baylegal.org | (408) 850-7066 |
| Community Legal Services | www.clsepa.org | (408) 326-6440 |
| Legal Aid Society, Santa Clara County | www.legalaidsociety.org | (408) 998-5200 |
| Law Foundation of Silicon Valley | www.lawfoundation.org/housing | (408) 280-2424 |
| Project Sentinel | www.housing.org | (408) 720-9888 |
| Self-Help Center Superior Court | www.scscourt.org, click Self Help then Civil, Landlord/Tenant | (408) 882-2926 |
| Senior Adults Legal Assistance (SALA) | www.sala.org | (408) 295-5991 |



# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SANTA CLARA
DOWNTOWN COURTHOUSE
191 NORTH FIRST STREET
SAN JOSÉ, CALIFORNIA 95113
CIVIL DIVISION

The State Bar or California certifies lawyer referral services in California and publishes a list of certified lawyer referral services organized by county. To locate a lawyer referral service in your county, go to the State Bar's internet website at www.calbar.ca.gov or call 1-866-442-2529.

Mediation may help you work out an agreement with the Landlord. For more information, visit www.scscourt.org (click on Self Help, then Civil, Landlord/Tenant). You can also call the County of Santa Clara Dispute Resolution Program Services at (408) 792-2327 or (408) 792-2300.

Access to your court file is delayed for 60 days with some exceptions. No one will be able to access the court file for 60 days from the date the case was filed except a party, an attorney for one of the parties or any other person who provides the following:

1. Names of at least one plaintiff and one defendant in addition to the address of the subject premises, including any applicable apartment, unit or space number, or
2. The name of one of the parties in the action or the case number and proof through proper identification that he or she lives at the subject premises.

*Access to the court index, register of actions, or other records is not permitted until 60 days after the complaint is filed, except pursuant to an order upon a showing of good cause. (CCP 1161.2(a))*

*The court file will remain confidential after the 60 day period has expired ONLY if the defendant are the "prevailing party". You would be the prevailing party if you win at trial, the case is dismissed or if you sign a settlement agreement that includes the dismissal of the case.*

*If you do not win the case, or if you settle the case without asking that the judge restrict access to the case record, the public will have access to your file after the 60 day period and the eviction case will be visible on the court's internet website, which may affect your credit history.*

Clerk of the Court

Clerk, by _____, Deputy
Jenny Nguyen

ALL UNNAMED OCCUPANTS 333 Escuela Avenue #141 Mountain View, CA 94040; Laurie Li KIMBALL, TIREY & ST. JOHN LLP 2300 Clayton Road, Suite 1350 Concord, CA 94520

CV-5091 REV 10/14/22

**Request for Hearing About Court Fee Waiver Order (District Court)**

**CONFIDENTIAL**

**(1) Your Information** *(person who asked the court to waive court fees):*

Name: SERGEY FIRSOV

Street or mailing address: 333 ESCUELA AVE, APT 141

City: MOUNTAIN VIEW    State: CA    Zip: 94040

Phone number: 650-2106804

**(2) Your lawyer,** if you have one *(name, address, phone number, e-mail, and State Bar number):*

_Clerk stamps date here when form is filed_

Fill in court name and street address:

District Court of California, County of
San Francisco

North California District Court
450 Golden Gate Avenue,
San Francisco, CA 94102

Fill in case number and case name:

**Case Number:**
25-CV-03387-TSH

**Case Name:**
FIRSOV VS JETBLUE AIRWAYS

**(3) Date of order** denying your request to waive court fees *(month/day/year):* 04/18/25

☐ *(Check here if you have a copy of the order denying your request, and attach it to this form.)*

**(4)** I ask the court for a hearing on my fee waiver request so that I can bring more information about my financial situation.

**(5)** ☒ The additional facts that support my request for a fee waiver are *(describe):*

*(Use this space if you want to tell the court in advance what facts you want considered at the hearing. If the space below is not enough, attach form MC-025. Or attach a sheet of paper and write Additional Facts and your name and case number at the top. You may also attach copies of documents you want the court to look at.)*

I'M NOT ABLE TO PAY RENT, I OWE MORE $6000 TO LANDLORD. I OWE $132 TO DEPARTMENT OF CHILD SUPPORT, I OWE $85000 TO ATTORNEY, I OWE $75000 TO BANKS, EVICTION CASE IS PENDING IN SUPERIOR COURT OF SANTA CLARA COUNTY, CASE 25CV463850 "ESSEX REGENCY ESCUELA LP VS SERGEY FIRSOV". SOON I MAY BE HOMELESS. HOW CAN I PAY COURT FEE, IF I DON'T HAVE MONEY EVEN FOR RENT? PLEASE RECONSIDER.

FEE WAIVER HEARING WAS TODAY IN ANOTHER CASE 25-CV-02841-NC, YOU CAN TAKE EVIDENCE FROM THERE.

Date: 04/23/2025

SERGEY FIRSOV
*Print your name here*

▶

**Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before your hearing. Contact the clerk's office for *Request for Accommodation,* form MC-410.