**Justice & Diversity**
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. **Case Name:** Leonid Firsov, minor    v.    Church of Scientology et al

2. **Case Number:** 25-CV-03265-SVK

3. **What documents were served?** *[Write the full name or title of the document or documents]* Notice of lawsuit, 2 Waiver of service, Standing order, Consent to magistrate judge, Summons, Complaint, Civil cover sheet, Stamped envelope

FILED
APR 25 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

4. **How was the document served?** *[check one]*
   - [✓] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

| California Attorney General | US Attorney General |
|---|---|
| P.O. Box 944255 | 950 Pennsylvania Avenue, NW |
| Sacramento, CA 94244-2550 | Washington, DC 20530-0001 |

6. **When were the documents sent?** 04/15/2025

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: *[signature]*
Name: Kateryna Pomogaibo
Address: 333 Escuela ave, apt 229
Mountain view, CA 94040

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*