UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.F., A MINOR, BY & THROUGH PARENT SERGEY FIRSOV,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY OF SILICON VALLEY, et al.,<br><br>Defendants. | Case No. 25-cv-03265-SVK<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 4 |

Minor plaintiff L.F. has initiated this case through his parent Sergey Firsov[1] against the Church of Scientology of Silicon Valley and Church of Scientology Mission of Silicon Valley ("Defendants"). Dkt. 1. Plaintiff has filed an application to proceed *in forma pauperis* ("IFP"). Dkt. 4. For the reasons stated below, the Court **DENIES** the IFP application with leave to amend. Accordingly, Plaintiff must file a renewed IFP application curing the deficiencies identified below, or else pay the filing fee in this action, no later than **May 29, 2025.**

A district court may authorize a plaintiff to proceed *in forma pauperis* if the court is satisfied the would-be plaintiff cannot pay the filing fees required to pursue the lawsuit. *See* 28 U.S.C. § (a)(1). "The right to proceed without prepayment of fees in a civil case is a privilege and not a right." *Elmer v. Comm'r of Soc. Sec.*, No. 22-cv-01045-SAB, 2022 WL 5237463, at *1 (E.D. Cal. Sept. 21, 2022), *report and recommendation adopted,* No. 22-cv-1045-AWI-SAB, 2022 WL 9452375 (E.D. Cal. Oct. 14, 2022) (citing *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 198 n.2 (1993)). "In order to proceed in court without

---

[1] The Complaint and application to proceed *in forma pauperis* style Mr. Firsov as Plaintiff's "parent & guardian *ad litem*." *See* Dkts. 1, 4. That distinction is irrelevant for the purposes of this Order and Plaintiff's application.

prepayment of the filing fee, a plaintiff must submit an affidavit demonstrating that he 'is unable to pay such fees or give security therefor.'" *Id.* (quoting 28 U.S.C. § 1915(a)(1)). Here, minor Plaintiff L.F. has submitted such an affidavit through his parent Mr. Firsov. Dkt. 4. However, "where leave to proceed *in forma pauperis* is sought to vindicate the alleged substantive rights of a minor, the financial resources of both the minor and the volunteer parent, next friend, or guardian *ad litem* should be considered in determining ability to pay the costs of litigation." *Cottingham for Washington v. Bd. of Educ. of Emery Unified Sch. Dist.*, No. 93-cv-0824-DLJ, 1993 WL 79698, at *1 (N.D. Cal. Mar. 15, 1993) (cleaned up). Plaintiff's application only contains information for L.F. himself and does not indicate Mr. Firsov's resources as parent or guardian *ad litem*. This Court cannot evaluate Plaintiff's ability to pay the filing fee without such information.

Accordingly, the Court **DENIES** Plaintiff's IFP application without prejudice to the Plaintiff filing a renewed IFP application **by May 29, 2025.** Such a renewed application shall: **(a) re-submit minor Plaintiff's information and (b) attach a separate affidavit answering Questions 1-10 as they relate to Mr. Firsov.**

**SO ORDERED.**

Dated: April 29, 2025.

SUSAN VAN KEULEN
United States Magistrate Judge