```
Sergey Firsov
333 Escuela Ave, apt 141,
Mountain View, CA 94040
(650) 210-6804

IN PRO PER
```

                              FILED
                              MAY 16 2025
                              CLERK, U.S. DISTRICT COURT
                              NORTH DISTRICT OF CALIFORNIA
                              SAN JOSE OFFICE

NORTH CALIFORNIA DISTRICT COURT

SAN JOSE COURTHOUSE

| | |
|---|---|
| Leonid Firsov, minor<br><br>Plaintiff,<br><br>vs.<br><br>Church of Scientology et al<br><br>Defendants | Case No.: 25-CV-03265-SVK<br><br>MOTION TO DISQUALIFY JUDGE FOR CAUSE UNDER CCP 170.1<br><br>DEPARTMENT 6<br>DATE:<br>TIME: |

Please take a NOTICE that on ___ _____ 2025 at _____ or soon in Department 6 of this court Plaintiff LEONID FIRSOV will and hereby does move the court for Motion to disqualify judge for cause for violation of Rules of Court 2025, Code of Judicial Ethics, improper conduct and bias against Plaintiff and his parents. Motion is based on CCP 170.1.

                        STATEMENT OF FACTS

1. Case was filed personally in the court, but summons still not filed.

2. Defendants were served on 04/11/25, but summons still not ready. 30 days expired to cooperate with court.

3. Judge reviewed the case and not ordered to court clerks to file the summons, so Plaintiff is not able to SERVE defendants. Plaintiff should not ASK court every time, this is duty of court.

4. Judge reviewed the case and not ordered court clerks to SEAL application of IFP. Plaintiff should not ASK court every time, this is duty of court to protect Plaintiff's privacy.

# MEMORANDUM OF POINT AND AUTHORITIES

California Code of Judicial Ethics based on ABA Model code of judicial conduct.

According to Canon 1 judge upholds integrity and independence of judiciary, because judge should avoid conduct that undermines public confidence in the judiciary. Disrespect behavior could erode trust to the court. Judge is not interested in this case because violated Plaintiff's right on privacy on income and expenses.

According to Canon 2 judge must act in manner that promotes public confidence in their impartiality and fairness. Allowing unauthorized people see applications of IFP breaches confidentiality and creates an appearance of bias or carelessness.

According to Canon 3B(4) judge must be patient, dignified and courteous to litigants. Asking to file AGAIN same document shows lack of respect for people. What changed in Plaintiff's application of IFP in a month?

According to Canon 3B(7) judge must avoid ex-parte communications and safeguard confidential proceeding. Judge allowed non-parties to view confidential documents, this breached privacy rules. And not signed and stamped summons is also creates additional ex-parte appplications.

According to Canon 3B(8) judge must decide matter based on legally relevant factors, but not personal opinions or unrelated cases. Judge violated this rule and asked represented party SERGEY FIRSOV to file separate questions from applications of IFP. All information existed in initial application of IFP. Mother or father should not file any additional documents.

Fee waiver application and hearings are confidential under California Rules of court, Rule 3.50-3.63. Judge violated his duty.

Judge violated Amendments 5th and 14th to Constitution because distractions and improper questioning interfered with a fair hearing could raise due process concerns.

## LEGAL ARGUMENTS

In case "People vs Superior court (Greer)" 1977, 19 Cal 3d 255 judge made prejudicial comments suggesting bias against defendant. Supreme Court helds that judge statement created unacceptable appearance of bias and disqualified judge.

In case "Lindsay vs Superior court" (2016) 245 Cal App 4th 938 judge made ruling suggesting prejudgment. Court of Appeal granted disqualification under CCP 170.1

In case "Curle vs Superior court" (2001) 24 Cal 4th 1057 judge refused to recuse despite clear bias. Supreme Court emphasized that even bias as appearance of bias is enough for disqualification under CCP 170.1

## CONCLUSION

Judge SUSAN VAN KEULEN should recuse herself and move to different court. All applications in proceed in forma pauperis should be sealed. All summons should be singed, stamped and filed, copies should be sent to Plaintiff. District court Rules of courts should be changed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and accurate to the best of my knowledge.

Dated: May 12, 2025                                  Leonid Firsov / IN PRO PER

                                                     Sergey Firsov as parent of Plaintiff

NORTH CALIFORNIA DISTRICT COURT

SAN JOSE COURTHOUSE

| | |
|---|---|
| Leonid Firsov, minor | ) Case No.: 25-CV-03265-SVK )<br>)<br>) REQUEST FOR ACTION;<br>)<br>) PROPOSED ORDER<br>)<br>)<br>) DEPARTMENT 6<br>) |
| Plaintiff, | |
| vs. | |
| Church of Scientology et al | |
| Defendants | |

Dated: MAY ___, 2025          To judge: SUSAN VAN KEULEN

For your review and instruction:

Plaintiff SERGEY FIRSOV filed Motion to disqualify judge under CCP 170.1. Is the challenge timely?

_____

Legal process clerk

COURT ORDER

File a stamp ☐           Schedule hearing ☐

No action required ☐     Order as following ☐

_____

_____

_____

_____

_____

_____

Dated: MAY ___, 2025          judge: SUSAN VAN KEULEN