Leonid Firsov, minor,
333 Escuela ave, apt 141,
Mountain View, CA 94040
(650) 210-6804

IN PRO PER

FILED -nmc

JUN 09 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

NORTH CALIFORNIA DISTRICT COURT

SAN JOSE COURTHOUSE

| | |
|---|---|
| Leonid Firsov, minor,<br><br>Plaintiff,<br><br>vs.<br><br>Church of Scientology, et al<br><br>Defendants | Case No.: 25-cv-03265-SVK<br><br>MOTION TO WITHDRAW THE CONSENT TO MAGISTRATE JUDGE<br><br>DEPARTMENT 6<br>DATE:<br>TIME: |

Please take a NOTICE that on ___ _____ 2025 at _____ or soon in Department 6 of this court Plaintiff SERGEY FIRSOV will and hereby does move the court for Motion to withdraw the consent to magistrate judge for the cause of refusing to issue summons and seal Application IFP.

STATEMENT OF FACTS

1. On 04/11/25 court clerk refused to issue summons because Plaintiff did not pay to the court.

2. On 05/16/25 court clerk refused to seal Application IFP because only judge can do it.

3. On 05/16/25 Plaintiff filed motion to seal application IFP and issue summons.

3. On 06/05/25 judge refused to issue Summons because Plaintiff did not pay to her job and judge refused to seal Application IFP because

everybody should know about Plaintiff's income and expenses.

## MEMORANDUM OF POINTS AND AUTHORITIES

Any party has a right to withdraw the consent to magistrate judge and Opt-Out Civil Consent to Magistrate Judges Program. Judge biased Plaintiff and violated his right to serve Defendants from day one. Judge also violated Plaintiffs privacy by denying to seal application IFP even when Plaintiff directly asked about it. Because privacy is more important than access to all court documents by everybody. Only party and their attorney can read it. State courts for example by default seal similar Applications IFP, but judge not.

## ARGUMENTS

Judge already showed disrespect to Plaintiff and Plaintiff not believes that next hearing will be fair. Judge violated Amendments 5 and 14 to Constitution for fair hearing because refused to listen oral arguments.

## CONCLUSION

Case should be redirected to other judge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and accurate to the best of my knowledge.

Dated: June 5, 2025         Leonid FIRSOV, minor / IN PRO PER
                            Sergey Firsov as parent of Leonid FIRSOV