U.S. POSTAGE PAID
FCM LETTER
SAN FRANCISCO, CA 94107
JUN 06, 2025

**$0.28**

S2324D502445-12

To: District Court
280 S First St
San Jose CA, 95112

Sergey Finsov
335 Escuela ave, #141
Mountain View, CA, 94040

RECEIVED -MMC
JUN 09 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Retail

USPS
UNITED STATES
POSTAL SERVICE

95113

RDC 99