U.S. POSTAGE PAID
FCM LETTER
SAN FRANCISCO, CA 94107
JUN 06, 2025

**$0.28**

S2324D502445-12

To: District Court
280 S First St
San Jose CA, 95113

Sergey Fitsov
335 Escuela Ave, #141
Mountain View, CA, 94040

RECEIVED -mmc

JUN 09 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Retail



RDC 99



95113