UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.F., A MINOR, BY & THROUGH PARENT SERGEY FIRSOV,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY OF SILICON VALLEY, et al.,<br><br>Defendants. | Case No.  25-cv-03265-SVK<br><br>**ORDER REFERRING TO GENERAL DUTY JUDGE PLAINTIFF'S MOTION TO WITHDRAW CONSENT**<br><br>Re: Dkt. No. 17 |

      Minor Plaintiff filed the complaint in this action on April 11, 2025, accompanied with a form consenting to the jurisdiction of a magistrate judge signed by Sergey Firsov as parent of L.F.[1]  Dkts. 1, 4.  On April 29, 2025, the Court issued an order denying Plaintiff's first application to proceed *in forma pauperis* ("IFP") without prejudice due to its failure to include Mr. Firsov's financial information as Plaintiff's parent.  Dkt. 12 (explaining that "where leave to proceed *in forma pauperis* is sought to vindicate the alleged substantive rights of a minor, the financial resources of both the minor and the volunteer parent should be considered…." (citation omitted)).  On May 8, 2025, Plaintiff filed Mr. Firsov's financial information as a renewed IFP application, and shortly thereafter on May 16, 2025, Plaintiff re-filed the IFP application in its entirety under seal.  Dkts. 13-14.  Also on May 16, 2025, Plaintiff filed a motion to disqualify the undersigned from presiding over this action.  Dkt. 15.  On June 5, 2025, the Court denied Plaintiff's IFP application(s) on the merits, ordered the sealed copy of the application to be unsealed and denied Plaintiff's motion to disqualify.  Dkt. 16.  The Court also set a deadline of June 26, 2025 for Plaintiff to pay the filing fee.  *Id.*  Now, Plaintiff has filed a motion to withdraw his consent to magistrate judge jurisdiction, (Dkt. 17), along with an

---

[1] The Complaint styled Mr. Firsov as Plaintiff's "parent & guardian *ad litem*."  *See* Dkt. 1.  That distinction is irrelevant for the purposes of this Order and Plaintiff's application.

amended consent/declination form, (Dkt. 18).

Federal Rule of Civil Procedure 73(b)(3) provides that "[o]n its own for good cause—or when a party shows extraordinary circumstances—the district judge may vacate a referral to a magistrate judge…." *See also* 28 U.S.C. § 636(c)(4).  "[O]nly a district judge may rule on a motion to withdraw consent to the jurisdiction of a magistrate judge…." *Branch v. Umphenour*, 936 F.3d 994, 1003 (9th Cir. 2019).  Accordingly, the undersigned **REFERS** Plaintiff's motion to withdraw consent to the general duty judge for resolution.

The June 26, 2025 deadline for Plaintiff to pay the filing fee (*see* Dkt. 16) is **STAYED** and will be reset following a ruling on Plaintiff's motion to withdraw consent.

**SO ORDERED.**

Dated: June 12, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge