Leonid Firsov, minor,
333 Escuela ave, apt 141,
Mountain View, CA 94040
(650) 210-6804
IN PRO SE

FILED-nmu

JUN 17 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

## NORTH CALIFORNIA DISTRICT COURT

### SAN JOSE COURTHOUSE

| | |
|---|---|
| Leonid FIRSOV, minor, | Case No.: 25-CV-03265-SVK |
| Plaintiff, | MOTION TO COMPEL TO ISSUE SUMMONS AND SEAL APPLICATIONS IFP |
| vs. | |
| Church of Scientology, et al | DEPARTMENT 6<br>DATE:<br>TIME: |
| Defendants | |

Please take a NOTICE that on ___ _____ 2025 at _____ or soon in Department 6 of this court Plaintiffs will and hereby does move the court for Motion to compel.

### STATEMENT OF FACTS

1. On 04/11/25 court refused to issue summons because Plaintiff didn't pay.

2. On 05/16/25 court refused to seal Applications IFP because only judge can do it.

3. On 05/16/25 Plaintiff filed motion to seal application IFP and issue summons.

3. On 06/05/25 judge refused to issue Summons because Plaintiff did not pay.

4. Defendants refused to sign and return Waiver of service of summons.

MEMORANDUM OF POINT AND AUTHORITIES

Under FRCP 4(b) court has a duty to issue summons.

Court violated Plaintiff right to serve Defendant under FRCP 4(m) from day ONE. Court decided to sabotage the case and messed up arguments.

Under FRCP 5.2(d) court has a duty to redact or seal filings containing confidential information like Application IFP. Court violated Plaintiff right on privacy protection.

LEGAL ARGUMENTS

On 06/04/25 Plaintiff SERGEY FIRSOV filed case 25-CV-04727 "Firsov et al vs Western Union". Application IFP was sealed as requested. On 06/09/25 Summons was issued without payment. Does mean judge lied to Plaintiff that payment is required to issue the Summons and Application IFP should not be sealed.

CONCLUSION

Court must issue the Summons immediately. Court must seal Applications IFP immediately. Court must change Local rules and train court clerk accordingly to follow laws, but not court rules. Judge must apologize for the inconvenience.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and accurate to the best of my knowledge.

Dated: JUNE 13, 2025                         Leonid Firsov / IN PRO PER
                                             Sergey Firsov as parent of Plaintiff