Sergey Firsov
335 Escuela ave, #141
Mountain View, CA, 94040

SAN FRANCISCO CA 940
14 JUN 2025 PM 5 L

To: District Court
280 S First St
Room 2112
San Jose, CA, 95113

RECEIVED-nmc
JUN 17 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE