Leonid Firsov, minor
333 Escuela avenue, apt 141,
Mountain View, CA 94040
(650) 210-6804
sfirsov1972@gmail.com
IN PRO PER



FILED

JUL 11 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

NORTH CALIFORNIA DISTRICT COURT

SAN JOSE COUTHOUSE

| | |
|---|---|
| L.F., minor, BY & THROUGH PARENT SERGEY FIRSOV<br><br>Plaintiff,<br><br>vs.<br><br>Church of Scientology, et al<br><br>Defendants | Case No.: 25-cv-03265-SVK<br><br>MOTION TO DISQUALIFY JUDGE FOR CAUSE UNDER 28 U.S.C. 455<br><br>DEPARTMENT 6<br>DATE:<br>TIME: |

Please take a NOTICE that on ___ _____ 2025 at _____ or soon in Department 6 of this court Plaintiff will and hereby does move the court for Motion to disqualify judge for cause for violation of Rules of Court, Code of Judicial Ethics, improper conduct and bias against Plaintiff under 28 U.S.C. 455.

STATEMENT OF FACTS

1. On 04/11/25 court refused to issue summons and seal Applications IFP

2. On 05/16/25 Plaintiff filed motion to issue summons and seal Applications IFP

3. On 06/13/25 Plaintiff filed motion to compel.

3. On 07/08/25 judge refused to issue Summons and seal Applications IFP because Plaintiff did not pay.

4. Plaintiff and his parents were discriminated based on PRO PER status and absence an income of CHILD.

## MEMORANDUM OF POINT AND AUTHORITIES

28 U.S.C. §455 allows to disqualify judge for bias and prejudice. Court violated Plaintiff's right to serve defendants.

Judge violated Amendments 5th and 14th to Constitution for due process concern.

## ARGUMENTS

28 USC 455(b)(1) required disqualification if judge has personal bias or prejudice concerning party. Judge ignored Plaintiff's request to serve Defendants and to seal income of family members and extorted money for herself to do her job.

## CONCLUSION

1. Judge SUSAN VAN KEULEN must recuse herself and move to different case.
2. District judge must rule on the motion.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.**

Dated: July 8, 2025         Leonid Firsov / IN PRO PER
                            Sergey Firsov as parent of minor