Sergey Firsov
1333 Escuela ave, #141
Mountain View, CA, 94040

RECEIVED
JUL 11 2025 —JK
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9513-300037

To: District Court
280 S. First St
Room 2112
San Jose, CA, 95113

FOREVER / USA
815350623221812