UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONID FIRSOV, MINOR, BY & THROUGH PARENT SERGEY FIRSOV,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY OF SILICON VALLEY, et al.,<br><br>Defendants. | Case No. 25-cv-03265-SVK<br><br>**ORDER TO REASSIGN CASE TO DISTRICT JUDGE**<br><br>**REPORT AND RECOMMENDATION TO DISMISS THE CASE WITHOUT PREJUDICE** |

Plaintiff filed the complaint in this action on April 11, 2025, accompanied with a form consenting to the jurisdiction of a magistrate judge signed by Sergey Firsov as parent of L.F.[1] Dkts. 1, 4. On April 29, 2025, the Court issued an order denying Plaintiff's first application to proceed *in forma pauperis* ("IFP") without prejudice due to its failure to include Mr. Firsov's financial information as Plaintiff's parent. Dkt. 12 (explaining that "where leave to proceed *in forma pauperis* is sought to vindicate the alleged substantive rights of a minor, the financial resources of both the minor and the volunteer parent should be considered…." (citation omitted)). On May 8, 2025, Plaintiff filed Mr. Firsov's financial information as a renewed IFP application, and shortly thereafter on May 16, 2025, Plaintiff re-filed the IFP application in its entirety under seal. Dkts. 13-14. Also on May 16, 2025, Plaintiff filed a motion to disqualify the undersigned from presiding over this action. Dkt. 15. On June 5, 2025, the Court denied Plaintiff's IFP application(s) on the merits, ordered the sealed copy of the application to be unsealed and denied Plaintiff's motion to disqualify. Dkt. 16. The Court also set a deadline of June 26, 2025 for Plaintiff to pay the filing fee. *Id.*

---

[1] The Complaint styled Mr. Firsov as Plaintiff's "parent & guardian *ad litem*." *See* Dkt. 1. That distinction is irrelevant for the purposes of this Order and Plaintiff's application.

Thereafter, on June 9, 2025, Plaintiff filed a motion to withdraw his consent to magistrate judge jurisdiction. Dkt. 17. The undersigned referred the motion to the general duty judge for determination and stayed the filing fee. Dkt. 19. Around that time, on June 17, 2025, Plaintiff also filed a motion to compel this Court to issue a summons and seal his various IFP applications. Dkt. 20.

On July 7, 2025, the Honorable Beth L. Freeman denied Plaintiff's motion to withdraw consent and returned the action to the undersigned for further proceedings. Dkt. 22. On July 8, 2025, the Court denied Plaintiff's motion to compel and re-set the fee deadline. Dkt. 23.

Plaintiff's filing fee was due on July 14, 2025. As of July 16, despite multiple reminders, (*see* Dkt. 16 at 7; Dkt. 23 at 3), Plaintiff has not paid the filing fee. Thus, the Court recommends that this action be dismissed, without prejudice, due to Plaintiff's failure to pay the required filing fee.[2] *See, e.g.*, *Firsov v. Alaska Airlines*, No. 25-cv-02841-NW, Dkt. 37 (June 23, 2025) (dismissing case without prejudice for failure to pay the required filing fee); *Firsov v. JetBlue Airways Corp.*, No. 25-cv-03387-RFL, Dkt. 26 (same).

As not all parties have consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c), a magistrate judge is unable to enter judgment in this case. Williams v. King, 875 F.3d 500, 503-04 (9th Cir. 2017). The Court therefore **ORDERS** that this case be reassigned to a district court judge for disposition and **RECOMMENDS** that the district court judge dismiss this case without prejudice based on the failure to pay the required filing fee. *See Firsov v. Alaska Airlines*, No. 25-cv-02841-NW, Dkt. 21 (M.J. Cousins) (issuing report and recommendation of dismissal); *Firsov v. JetBlue Airways*, No. 25-cv-33870-RFL, Dkt. 22 (M.J. Hixson) (same).

Any party may serve and file specific written objections to this recommendation under Fed. R. Civ. P. 72(b)(2) but must do so within 14 days after being served with a copy of this recommended disposition.

////

---

[2] On July 11, 2025, Plaintiff also filed a new motion to disqualify the undersigned – this time for denying his motion to compel issuance of summons, his IFP application, and his motions to seal. Dkt. 24. The Court also **TERMINATES** this motion due to Plaintiff's failure to pay the required filing fee.

1  ////

2  **SO ORDERED.**

3

4  Dated: July 16, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge