AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Leonid Firsov, minor, by & through his parent and guardian ad litem Sergey Firsov

*Plaintiff(s)*

v.

Church of Scientology et al

*Defendant(s)*

Civil Action No. C 25 03265 SVK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHURCH OF SCIENTOLOGY OF SILICON VALLEY

1080 LINDA VISTA AVE,
MOUNTAIN VIEW, CA 94043-1822

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Leonid Firsov, Sergey Firsov
333 Escuela ave, apt 141,
Mountain view, CA 94040
+1 (650) 210-6804

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/17/2025

CLERK OF COURT
*Mark B. Busby*

K. ADAMS-MOFFETT
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Leonid Firsov, minor, by & through his parent and guardian ad litem Sergey Firsov

*Plaintiff(s)*

v.

Church of Scientology et al

*Defendant(s)*

Civil Action No. C 25 03265 SVK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHURCH OF SCIENTOLOGY MISSION OF SILICON VALLEY

1140 PEDRO ST, suite 7
SAN JOSE, CA 95126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Leonid Firsov, Sergey Firsov
333 Escuela ave, apt 141
Mountain view. CA 94040
+1 (650) 210-6804

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: 07/17/2025

K. ADAMS-MOFFETT
*Signature of Clerk or Deputy Clerk*