Leonid Firsov, minor
333 Escuela avenue, apt 141,
Mountain View, CA 94040
(650) 210-6804
sfirsov1972@gmail.com
IN PRO PER

**FILED**

JUL 23 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NORTH CALIFORNIA DISTRICT COURT

SAN JOSE COURTHOUSE

| | |
|---|---|
| L.F., minor, BY & THROUGH PARENT SERGEY FIRSOV<br><br>Plaintiff,<br><br>vs.<br><br>Church of Scientology, et al<br><br>Defendants | Case No.: 25-cv-03265-SVK<br><br>Notice of Motion and Motion to recover service cost of formal service<br><br>DEPARTMENT 6<br>DATE:<br>TIME: |

Please take a NOTICE that on __ _____, 2025 at _____ or soon in Department 6 of this court Plaintiff LEONID FIRSOV will and hereby does move the court for the Motion to recover service cost under FRCP 4(d).

STATEMENT OF FACTS

1. On 04/11/25 Defendants were served Notice of lawsuit, Summons and Complaint with 2 copies the Waiver of summons.

2. Defendant refused to sign and return Waiver of summons in 60 days.

3. On 07/18/25 Defendant CHURCH OF SCIENTOLOGY OF SILICON VALLEY was personally served Summons and Complaint.

4. On 07/19/25 Defendant CHURCH OF SCIENTOLOGY MISSION OF SILICON VALLEY was personally served Summons and Complaint.

5. Both Defendants crumpled down docs and through it to trash.

6. Plaintiff spend $300 to formal service.

## MEMORANDUM OF POINT AND AUTHORITIES

If a defendant fails to sign and return the waiver request without good cause, the Plaintiff can then resort to formal service. Under FRCP 4(d)(2) court must impose the costs of formal service on Defendant who failed to waive service without good cause.

Under FRCP 11 crumple legal documents and through it to trash is obstruction of justice in bad faith. Under 28 USC 1927 Plaintiff may file Motion to recover service cost. Court's inherent authority to sanctions bad-faith conduct.

## LEGAL ARGUMENTS

In case "Levine vs Iran", DDC 2015 judge imposed cost of service after Defendant refused to waive service without good cause.

In case "Gomes vs Vernon", Idaho 2000 court ordered Defendant to pay service cost.

In case "EEOC vs Jordan furniture", D Mass 2012 sanctions awarded to Plaintiff.

In case "Halee vs Anthony & Frank Ditomaso INC" E.D.N.Y. 2016 court granted the cost after opposite attorney refused to sign and return the Notice of lawsuit.

## CONCLUSION

Each defendants must pay the cost of formal service $150 to Plaintiff.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

Dated: July 19, 2025                    Leonid Firsov / IN PRO PER
                                        Sergey Firsov as parent of Leonid Firsov

NORTH CALIFORNIA DISTRICT COURT

SAN JOSE COURTHOUSE

| | |
|---|---|
| L.F., minor, BY & THROUGH PARENT SERGEY FIRSOV<br><br>Plaintiff,<br><br>vs.<br><br>Church of Scientology, et al<br><br>Defendants | Case No.: 25-cv-03265-SVK<br><br>PROPOSED ORDER<br><br>DEPARTMENT 6 |

Plaintiff LEONID FIRSOV filed Motion to recover service cost of formal service.

Motion is GRANTED.

Defendant CHURCH OF SCIENTOLOGY MISSION OF SILICON must pay Plaintiff $150 for formal service of Summons. Defendant CHURCH OF SCIENTOLOGY MISSION OF SILICON VALLEY must pay Plaintiff $150 for formal service of Summons.

Dated: July ___, 2025               judge: SUSAN VAN KEULEN

**RECEIVED**

JUL 23 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Leonid Firsov
333 Escuela ave, #14
Mountain View, CA. 94040



SAN FRANCISCO CA 940
21 JUL 2025 PM 4 L

TO: District Court
280 S. First St
Room 2112
San Jose, CA. 95113

RECEIVED
JUL 23 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

95113-300837