Civil Action No. 25-CV-03265-SVK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHURCH OF SCIENTOLOGY MISSION OF SILICON VALLEY
was received by me on *(date)* 07/18/2025.

☑ I personally served the summons on the individual at *(place)* 1140 PEDRO STREET, Suite 7, SAN JOSE, CA 95126 on *(date)* 07/19/2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 150 for services, for a total of $ 150.

I declare under penalty of perjury that this information is true.

Date: 07/19/2025

*Server's signature*

Sergey Firsov
*Printed name and title*

333 Escuela ave, apt 141
Mountain view, CA 94040

*Server's address*

FILED
JUL 23 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Additional information regarding attempted service, etc:

Defendant's staff were mad, clumbled documents and through it to trash

Civil Action No. 25-CV-03265-SVK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHURCH OF SCIENTOLOGY OF SILICON VALLEY
was received by me on *(date)* 07/18/2025 .

☑ I personally served the summons on the individual at *(place)* 1080 LINDA VISTA AVENUE, MOUNTAIN VIEW, CA 94043 on *(date)* 07/18/2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 150 for services, for a total of $ 150 .

I declare under penalty of perjury that this information is true.

Date: 07/19/2025

Server's signature: P.M.E.

Printed name and title: Pomohaibo Myron

Server's address: 333 Escuela ave, apt 229, Mountain view, CA 94040

FILED
~~RECEIVED~~
JUL 23 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Additional information regarding attempted service, etc:
Defendant's staff were mad, clumbled documents and through it to trash