KENDRICK L. MOXON (State Bar No. 128240)
LAW OFFICE OF KENDRICK L. MOXON
*kmoxon@kmoxonlaw.com*
3500 West Olive Ave., Suite 300
Burbank, CA 91505
Telephone: (818) 827-7104
Facsimile: (818) 827-7114

*Attorney for Defendants Church of*
*Scientology Mission of Silicon Valley &*
*Church of Scientology of Silicon Valley*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| L.F., Minor, by and through parent SERGEY FIRSOV,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CHURCH OF SCIENTOLOGY SILICON VALLEY, et al.<br><br>                    Defendants. | Case No.  25-CV-03265 SVK<br><br>**OPPOSITION TO PLAINTIFF'S MOTION TO RECOVER SERVICE COST OF FORMAL SERVICE**<br><br>Dept.:      6<br>Date:       None set<br>Time:       N/A |

Defendants oppose Plaintiff's motion for an award of service fees as follows:

## INTRODUCTION

This is a frivolous case filed by designated vexatious litigant, Sergey Firsov ("Mr. Firsov"), putatively on behalf of his 8 year-old son, L.F. [1]  Plaintiff's motion contains material misrepresentations. Contrary to Mr. Firsov's assertions, neither defendant was lawfully served with the summons and complaint; no one "crumpled down docs and through it to trash"; and most important, neither defendant was actually or "formally served." Indeed, the Motion for service fees itself was never served and no proof of

---

[1]  Throughout papers submitted in the docket by Mr. Firsov, he provides the actual name of his son, despite Rule 5.2, F.R.C.P.

service is in the docket. To avoid Mr. Firsov's further destruction of time of the Court and defendants, and notwithstanding these failures, the undersigned counsel has entered an appearance in this action and will timely file a responsive pleading.

Plaintiff's Motion for an award of service costs should be denied.

## **Statement of Facts**

Sometime in 2023, Mr. Firsov sought to participate in religious services at defendant Church of Scientology Silicon Valley. In late 2024 he made a donation on line to a Church of Scientology in Florida. For reasons not addressed here, Mr. Firsov was informed that he would not be permitted to participate at that Church, and his donation was returned. After it was learned that Mr. Firsov was dismissed from the organized Church generally, Defendants informed him that he and his family were no longer welcome at either of the defendant Churches in this District where he lives.

The gist of the Complaint is that Mr. Firsov alleges that his 8-year-old son was discriminated against because his father was dismissed from the religion. He also makes non sequitur allegations regarding refusal of the Churches to allow him to have a concert in the Church. The Complaint alleges that such conduct constitutes discrimination in violation of federal employment law – the only reference to any federal "right" therein. Mr. Firsov seeks $345 and an order "banning" Scientology in the entire country because the Churches "banned" his son from membership. None of these claims are justiciable, and none present any federal claim to which relief could be granted.

## **Service Issues**

The docket reveals Mr. Firsov submitted two Proofs of Service of the Complaint. The first was by one "Pomohaibo Myron," who "signed" the proof by writing the initials "P.M.E." and claimed to have "personally served the summons on the individual": Church of Scientology Silicon Valley, on July 18, 2025. (Docket # 32.) This is not accurate. "Personal service" of a corporation in California is effectuated generally by service of the designated registered agent for service of process, or of a corporate officer or general manager pursuant to §416.10, Cal. Code. Civ. Pro.

1   In this incident, a process server walked into Church reception on the evening of
2   July 18, 2025, and went to the reception desk where a Church staff member was seated.
3   The man said he had an item, some papers, he needed to give to someone. He was
4   informed by the receptionist that he could not accept the papers.  The process server did
5   not ask for the registered agent, nor someone in charge or an officer, director or
6   executive.  Rather, the man stated only that he needed to give "it" to *someone*.  The
7   receptionist stated he was sorry, but he could not take the papers. The process server
8   then departed the building.  He came back a few minutes later, placed the papers on the
9   desk and walked out, saying "I'm just leaving it here."  The man then left the building
10  and did not return.  (Ex. A. Declaration of Samuel Stokes.) The sworn assertion on the
11  proof states, "Defendant's staff were mad, clumbled [sic] documents and through[sic] in
12  trash" is a falsehood. Nothing remotely like that occurred. (Stokes Declaration.) Indeed,
13  no person with the name Pomohaibo Myron could be located in a public records check
14  in California, much less as a service professional, and the initials "P.M.E." affixed to the
15  sworn proof, suggest someone of a different name signed the paper. This was not lawful
16  service, much less professional service for which Mr. Firsov would have paid $150.

17  Mr. Firsov signed the other proof of service on "the individual" of Church of
18  Scientology Mission of Silicon Valley, allegedly at Pedro Street in San Jose. (Docket #
19  32.) It contains the identical false assertion that appears in the Pomohaibo Myron Proof,
20  written in the same broken English: "Defendant's staff were mad, clumbled documents
21  and through it to trash." [sic] However, Mr. Firsov is not qualified to effectuate service,
22  as the papers filed in the action identify Plaintiff as "L.F., minor, by and through his
23  parent and guardian ad litem Sergey Firsov." Service by a party is prohibited by
24  §414.10, Cal. Code of Civ. Pro. applicable to federal service in this District.  While there
25  was also no lawful service procedurally, we shall spare the details thereof, as Mr. Firsov
26  is legally incapable, as the *de facto*, if not the *de jure* plaintiff, to serve the summons.
27  //
28  //

## **CONCLUSION**

The undersigned has voluntarily appeared on behalf of the Defendants in this case, so no motion to quash service has or will be filed.

But the Plaintiff's motion to be awarded formal service fees for himself and a neighbor (the Pomohaibo Myron proof contains the same address), makes material misrepresentations. There was no lawful personal service. Mr. Firsov is a genuine vexatious litigant (Exhibit B, Vexatious litigant order), having filed 38 lawsuits in the Santa Clara Superior Court alone, and another 14 lawsuits in this Court. He continues to pump out vexatious litigation. A cursory review of the largely incomprehensible and non-justiciable Complaint in this action manifests a continuing vexatious streak.

Defendants respectfully request that Mr. Firsov's motion for an award of service costs, be denied.

Dated:  August 6, 2025                            Respectfully submitted,

Kendrick L. Moxon

*Counsel for Defendants*

EXHIBIT A

1  KENDRICK L. MOXON (State Bar No. 128240)
   LAW OFFICE OF KENDRICK L. MOXON
2  *kmoxon@kmoxonlaw.com*
   3500 West Olive Ave., Suite 300
3  Burbank, CA 91505
   Telephone: (818) 827-7104
4  Facsimile: (818) 827-7114

5  *Attorney for Defendants Church of*
   *Scientology Mission of Silicon Valley and*
6  *Church of Scientology Silicon Valley*

7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT CALIFORNIA
                    SAN JOSE DIVISION
10

11 | L.F., Minor, by and through parent | Case No.  25-CV-03265 SVK |
   | SERGEY FIRSOV, | |
12 | | |
   | Plaintiff, | **DECLARATION OF SAMUEL STOKES** |
13 | | **IN SUPPORT OF OPPOSITION TO** |
   | vs. | **PLAINTIFF'S MOTION TO RECOVER** |
14 | | **SERVICE COST OF FORMAL** |
   | | **SERVICE** |
15 | CHURCH OF SCIENTOLOGY OF | |
   | SILICON VALLEY, et al. | |
16 | | Dept.:  6 |
   | Defendants. | Date:   None set |
17 | | Time:  N/A |
18

19

20

21        I, Samuel Stokes, hereby declare and state:

22        I make the following statements of my own personal knowledge, and if called to

23 testify thereto, I could and would do so competently.

24        1.    I am a staff member of the Church of Scientology Silicon Valley.

25        2.    On the evening of July 18, 2025, I was in the reception area when a young

26 man walked in and went to the reception desk, very near to where I was standing.  Staff

27 member Samuel May was seated at the reception desk. The man said he had an item,

28 which appeared to be some papers, and said he needed to give it to someone. Mr. May

---

DECLARATION OF SAMUEL STOKES

informed him that he could not accept the papers. The man did not ask for a registered agent, nor did he ask for someone in charge or an officer, director or executive. Rather, the man stated only that he needed to give "it" to *someone*. Mr. May stated he was sorry, but he could not take the papers. The man then departed the building. He came back inside a few minutes later, placed the papers on the desk and walked out, saying "I'm just leaving it here." The man then again left the building and did not return.

3.    The staff in the building were not mad, and made no angry statements or gestures of any kind. No one crumbled the papers and threw them in the trash. The man just walked out and could not possibly see what became of the papers after he left.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Signed this 5th day of August, 2025, in Mountain View, California.

Samuel Stokes

EXHIBIT B

VL-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>(To be completed only if a party is making the motion)<br>NAME: James Wagstaffe<br>FIRM NAME: WVBR<br>STREET ADDRESS: 100 Pine Street,  Suite 725<br>CITY: San Francisco<br>TELEPHONE NO.: (415) 997-8144   FAX NO.:<br>E-MAIL ADDRESS: wagstaffe@wvbvrlaw.com<br>ATTORNEY FOR (name):  EKATERINA BERMAN | FOR COURT USE ONLY |
|---|---|

STATE BAR NUMBER: 95535
STATE: CA   ZIP CODE: 94111

**FILED**

NOV 1 3 2020

Clerk of the Court
Superior Court of CA County of Santa Clara
BY_____DEPUTY

Jee Jee Vizconde

☐ COURT OF APPEAL,               APPELLATE DISTRICT, DIVISION

☒ SUPERIOR COURT OF CALIFORNIA,  COUNTY OF Santa Clara
STREET ADDRESS: 191 N. First Street, San Jose, CA 95113
MAILING ADDRESS: 191 N. First Street
CITY AND ZIP CODE:   San Jose, CA 95113
BRANCH NAME:  Downtown Superior Court

CASE NAME:
SERGEY FIRSOV v. EKATERINA BERMAN

| PREFILING ORDER—VEXATIOUS LITIGANT | CASE NUMBER:<br>20CV368660 |
|---|---|

1.  Name and address of each plaintiff or cross-complainant or other party subject to this prefiling order:
    SERGEY FIRSOV
    333 ESCUELA AVENUE #141
    MOUNTAIN VIEW, CA 94040

    Other orders: SERGEY FIRSOV is prohibited from proceeding with any litigation, including service of process.

2.  This prefiling order is entered pursuant to a motion made by  ☐ the court  ☒ party  (name): EKATERINA BERMAN

3.  The person or persons identified in item 1, unless represented by an attorney, are prohibited from filing any new litigation in the courts of California without approval of the presiding justice or presiding judge of the court in which the action is to be filed.

4.  The clerk is ordered to provide a copy of this order to the Judicial Council of California by fax at 415-865-4329 or by mail at the address below.

*This order is nunc pro tunc to 29 October 2020* SMn

Vexatious Litigant Prefiling Orders
Judicial Council of California
455 Golden Gate Avenue
San Francisco, California 94102-3688

*all motions in this matter are off calendar until further order of this Court* SMn

Date: 10 November 2020

_____
JUDICIAL OFFICER
Hon. Socrates Manoukian

Form Adopted for Mandatory Use
Judicial Council of California
VL-100 [Rev. September 1, 2018]

**PREFILING ORDER—VEXATIOUS LITIGANT**

Code of Civil Procedure, § 391.7
www.courts.ca.gov



**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SANTA CLARA**
DOWNTOWN COURTHOUSE
191 NORTH FIRST STREET
SAN JOSÉ, CALIFORNIA 95113
CIVIL DIVISION



**FILE COPY**

NOV 1 3 2020
Clerk of the Court
Superior Court of CA County of Santa Clara
BY_____DEPUTY
Jee Jee Vizconde

RE:        **Sergey Firsov vs Ekaterina Berman**
Case Number:   **20CV368660**

**PROOF OF SERVICE**

**PREFILING ORDER - VEXATIOUS LITIGANT** was delivered to the parties listed below the above entitled case as set forth in the sworn declaration below.

If you, a party represented by you, or a witness to be called on behalf of that party need an accommodation under the American with Disabilities Act, please contact the Court Administrator's office at (408) 882-2700, or use the Court's TDD line (408) 882-2690 or the Voice/TDD California Relay Service (800) 735-2922.

**DECLARATION OF SERVICE BY MAIL:** I declare that I served this notice by enclosing a true copy in a sealed envelope, addressed to each person whose name is shown below, and by depositing the envelope with postage fully prepaid, in the United States Mail at San Jose, CA on November 13, 2020. CLERK OF THE COURT, by Ann Vizconde, Deputy.

cc:    Sergey Firsov  333 Escuela Ave Apt #141  MOUNTAIN VIEW CA  94040
       James M. Wagstaffe  100 Pine Street Suite 725San Francisco CA  94111
       Vexatious Litigant Prefiling Orders   Judicial Council of CA 455 Golden Gate Avenue San Francisco CA 94102

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

 I am over the age of 18 and not a party to this action.

 On August 6, 2025, I served a true copy of the foregoing OPPOSITION TO
MOTION FOR SERVICE COSTS by email and U.S. Mail on the following:

     Sergey Firsov
     333 Escuela Ave., Apt 141
     Mountain View, CA  94040
     Sfirsov1972@gmail.com

 I declare under the penalty of perjury under that the foregoing is true and correct.

 Executed this August 6, 2025, in Los Angeles, CA.

            Kendrick L. Moxon