1  Your Name: L.F., minor, by & through parent Sergey Firsov
2  Address: 333 Escuela ave, apt 141
3  Mountain view, CA 94040
4  Phone Number: 650-2106804
5  Email Address: sfirsov1972@gmail.com
6  Pro Se

**FILED**

**AUG 1 5 2025**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7  UNITED STATES DISTRICT COURT
8  NORTHERN DISTRICT OF CALIFORNIA
9  Division [check one]:  ☐ San Francisco  ☐ Oakland  ☒ San Jose  ☐ Eureka-McKinleyville

| L.F., minor, by & through parent Sergey Firsov | Case No. 25-CV-03265-SVK |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF** |
| v. | [check one] |
| Church of Scientology of Silicon Valley, et al | ☒ **THIS ENTIRE CASE** |
|  | ☐ **ONLY DEFENDANT** [name] |
| Defendant. | Judge: Hon. Susan van Keulen |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☒ This entire case.

☐ Only Defendant [name] _____

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 08/12/2025   Signature: [signature]

Print Name: L.F., minor, by & through parent Sergey Firsov

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

Unless all parties to the case, including you, are electronic filers, you must serve each document you file by sending or delivering it to the opposing side. Complete this form and include it with the document that you file and serve.

1. **Case Name:** L.F., minor, by & through parent Sergey Firsov v. Church of Scientology of Silicon Valley, et al

2. **Case Number:** 25-CV-03265-SVK

3. **What documents were served?** Write the full name or title of the document(s)
   Notice to dismiss

4. **How was the document served?** Check one:
   - ☒ Placed in U.S. Mail
   - ☐ Hand-delivered
   - ☐ Sent for delivery (e.g., FedEx, UPS)
   - ☐ Sent via email [if the other party has agreed to accept service by email]

5. **Who did you send the document to?** Write the full name and contact information for each person you sent the document.

   KENDRICK MOXON
   attorney for Defendants
   3500 West Olive avenue, Suite 300
   Burbank, CA 91505

6. **When were the documents sent?** 08/12/25

7. **Who served the documents?** Whoever puts it into the mail, emails, delivers, or sends for delivery should sign, and print their name and address. You can do this yourself.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: _[signature]_
Name: Kateryna Pomogaibo
Address: 333 Escuela ave, apt 229, Mountain view, CA 94040

Sergey Firsov
333 Escuelo ave, #141
Mountain View, CA, 94040



SAN FRANCISCO CA 940
13 AUG 2025 PM 2 L

TO: District Court
280 S. First St
Room 2112
San Jose, CA, 95113



RECEIVED
AUG 15 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA